# United States Court of Appeals
## For the First Circuit

---

No. 00-2540

STEPHEN TSE,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on May 17, 2002 is amended as follows:

On page 3, lines 8 and 9, "28 U.S.C. § 1756" should be corrected to read "28 U.S.C. § 1746".